

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-17-00133-CR

Jose Mario **TREVINO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRS001588D1
Honorable Elma T. Salinas Ender, Judge Presiding

# O R D E R

Appellant's motion to substitute appellate counsel and motion for extension of time to file the reply brief are granted. We order appellant's reply brief due April 16, 2017.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

KEITH E. HOTTLE,
Clerk of Court